UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
GREEN CHARGE NETWORKS, LLC,         :     1:11-cv-05607 (JBW)(VVP)
                                    :
                    Plaintiff,      :
                                    :
    -against-                       :     **NOTICE OF DISMISSAL**
                                    :
                                    :
BROADBAND TELCOM POWER, INC.,       :
                                    :
                    Defendant.      :
-------------------------------------------------------------------- X

PLEASE TAKE NOTICE THAT, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), this action is hereby dismissed with prejudice and without costs or fees to any party.

Dated: January 31, 2012

                                                MORRISON COHEN LLP
                                                Attorneys for Plaintiff
                                                Green Charge Networks, LLC

By: _____
            Edward P. Gilbert
            909 Third Avenue
            New York, New York 10022
            (212) 735-8675