FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 1 6 2012 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

GREEN CHARGE NETWORKS, LLC,    :     1:11-cv-05607 (JBW)(VVP)

                Plaintiff,    :

-against-    :     **NOTICE OF DISMISSAL**

BROADBAND TELCOM POWER, INC.,    :

                Defendant.    :
----------------------------------------------------------X

PLEASE TAKE NOTICE THAT, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), this action is hereby dismissed with prejudice and without costs or fees to any party.

Dated: January 31, 2012

                                 MORRISON COHEN LLP
                                 Attorneys for Plaintiff
                                 Green Charge Networks, LLC

                By: *[signature]*
                      Edward P. Gilbert
                      909 Third Avenue
                      New York, New York 10022
                      (212) 735-8675

*[handwritten: close the case. So ordered. JBW 2/13/12]*

#3676363 v2 \022545 \0001